# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| CONSTRUCTION INDUSTRY ) | | |
| LABORERS PENSION FUND, et al., ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | | Case No. 4:13-CV-1462 NAB |
| ) | | |
| X-L CONTRACTING, INC., ) | | |
| ) | | |
| Defendant. ) | | |

## MEMORANDUM AND ORDER[1]

The Court held a telephone status conference in this matter on February 26, 2014. At the status conference, the parties indicated that they did not record the Court's rulings made on the record at the December 17, 2013 discovery hearing regarding Plaintiffs' Motion to Compel responses to interrogatories. Therefore, the Court will re-state the rulings in this opinion.

At the discovery hearing, the Court sustained Defendant's objections regarding interrogatories 1, 12, 13, 16, 17, 18, and 19. The Court granted Plaintiffs' Motion to Compel regarding interrogatories 6 and 8. The Court granted in part and denied in part Plaintiffs' Motion to Compel regarding interrogatory 5, limiting the compelled response to all laborers under the trust agreement, with social security numbers redacted, and to the extent this information has not been previously disclosed. The Court granted in part and denied in part Plaintiffs' Motion to Compel regarding interrogatory 9, limiting compelled responses to whether contributions were made and the time periods, excluding any names and social security numbers of employees.

Further, based on discussions at the status conference, within 20 days of the entry of this order, Defendant shall provide any additional information required by the Court's discovery

---

[1] The parties have consented to the jurisdiction of the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1).

orders in this matter. The Court will also schedule a status conference for this action on April 16, 2014 at 1:30 p.m.

Accordingly,

**IT IS HEREBY ORDERED** that within 20 days of the date of this order, Defendant will provide to Plaintiffs any additional discovery required by the Court's rulings on the Plaintiffs' Motion to Compel.

**IT IS FURTHER ORDERED** that this action is **SET** for a telephone status conference on **April 16, 2014 at 1:30 p.m.** The Court will initiate the call. Counsel for the parties shall contact the chambers of the undersigned no later than April 14, 2014, with a telephone number where counsel may be reached for participation in the telephone conference.

Dated this 27th day of February, 2014.

    /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE